UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| HomeStar Property Solutions, LLC, | Court File No. 14-CV-04531 (SRN/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| Safeguard Properties, LLC, | |
| Defendant. | |

---

The letter request [Doc. No. 213] filed by counsel for Defendant Safeguard Properties, LLC ("Safeguard") is **GRANTED**. The word count limit for Safeguard's dispositive motion briefing is extended from 12,000 words to 16,500 words.

IT IS SO ORDERED.

Dated: August 17, 2018	s/Susan Richard Nelson
	SUSAN RICHARD NELSON
	United States District Judge